UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. CUNNINGHAM, | No.  2:23-cv-00270-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On April 10, 2026, defendants filed a motion for summary judgment.  ECF No. 31.  Defendants have filed a proof of service of the motion on plaintiff at his address of record. Plaintiff has not filed an opposition to the motion.  E.D. Cal. L.R. 230(*l*).

Accordingly, it is ORDERED that, within 30 days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the pending motion for summary judgment. Failure to comply with this order may result in waiver of opposition to the motion or dismissal of this action.  Fed. R. Civ. P. 41(b).

Dated:  May 26, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1